## 29442. SOUTHERN STRAW MANUFACTURING COMPANY *v.* NIX.

DECIDED FEBRUARY 28, 1942.

*A. S. Grove,* for plaintiff in error.

FELTON, J. M. S. Nix instituted an action against the Southern Straw Manufacturing Company to recover for machine parts, labor, and service furnished by the plaintiff. The defendant filed a motion to dismiss the petition because of want of proper service, and at the same time filed a cross-action seeking a judgment against the plaintiff. The court sustained the defendant's motion to dismiss the action for want of proper service and on its own motion dis-

missed the cross-action. The Southern Straw Manufacturing Company excepted to that part of the order which dismissed the cross-action.

This question has been decided adversely to the contention of the plaintiff in error in *Morse* v. *Turner*, 20 *Ga. App.* 108 (2) (92 S. E. 767), in an opinion rendered by Judge Jenkins. Further discussion of the subject seems superfluous, except that it might profitably be stated that the cases cited in *Davis* v. *Berry Schools*, 59 *Ga. App.* 549 (1 S. E. 2d, 602), relating to set-offs germane to an action dismissed on demurrer, are not applicable, because in them we did not have the inconsistent positions of a party as we have in the instant case. The court did not err in dismissing the cross-action, whether it was or was not germane to the petition.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*